# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1047

_____

Shirley A. Tyus,                                      *
                                                      *
            Appellant,                                *
                                                      *
      v.                                              *   Appeal from the United States
                                                      *   District Court for the
Patrick Benca, Attorney, Little Rock,                 *   Eastern District of Arkansas.
Arkansas,                                             *
                                                      *   [UNPUBLISHED]
            Appellee.                                 *

_____

Submitted: October 26, 2007
Filed: October 31, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

      Shirley Tyus appeals the district court's[1] dismissal of her pro se action, which was construed as an action under 42 U.S.C. § 1983. We conclude that the dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

      [1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.